DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERNANDO SAMUDIO,**
Appellant,

v.

**GLENN PEARSON,**
Appellee.

No. 4D18-2480

[May 2, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE14-021657 (08).

Fernando Samudio, Charlotte, NC, pro se.

Russell L. Cormican, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***